```
FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
                    Deputy Clerk
```

1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| JERROLD RAY SNYDER | ) Chapter 13 ) ) Case No.: 8:09-bk-15293-TA ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) **(Bankruptcy Rule 3011)** ) ) ) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300794** in the sum of **$2.77** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

JERROLD RAY SNYDER
3419 VIA LIDO #105
NEWPORT BEACH, CA 92663

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0915293 | JERROLD RAY SNYDER | | XXX-XX-8702 | 2.77 | 0.00 | 2.77 |
| | ACCT: | Claim: 00000 | | | | |
| | | TOTALS | | 2.77 | 0.00 | 2.77 |

JERROLD RAY SNYDER

BALANCE: [0.00  13/00000]
SSN: XXX-XX-8702    SSN:
ACCT:    CASE: 0915293
PRINCIPAL:    2.77    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
P.O BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300794

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$2.77

**PAY**   Two And 77 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300794⑈ ⑆061100790⑆ 000000575186 2⑈